UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE S. PUTTERMAN, a single woman,,

                     Plaintiff,

      v.

SUPREME CHAIN LOGISTICS, LTD., a
foreign corporation; DAVINDER S. NEELE,
an Employee of SUPREME CHAIN
LOGISTICS, LTD., and JANE DOE NEELE,
husband and wife and their marital
community; STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
a Foreign Insurer; and DOES 1-10,

                    Defendants.

NO. C18-376 RSM

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

## I.    STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, pursuant to FRCP 41(a)(1)(ii), the above referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. NO. 2:18-CV-00376-RSM) -Page 1

**SCHEER, HOLT, WOODS &
SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

70 nh149903

Stipulated to and presented on this ___ day of April 2019.

By: _____
Morgan G. Adams, WSBA # 51071
Attorney for Plaintiff

By: _____
Dominic L. Bacetich, WSBA # 11336
Attorney for Plaintiff


By: _____
Dennis G. Woods, WSBA No. 28713
Attorney for Defendants Supreme Chain Logistics, LTD.,
Davinder S. Neele, and "Jane Doe" Neele

By: _____
Joseph L. Hogan, WSBA No. 50368
Attorney for Defendants Supreme Chain Logistics,
LTD., Davinder S. Neele, and "Jane Doe" Neele


By: _____
Thomas G. Crowell, WSBA # 23622
Attorney for Defendant State Farm Mutual Insurance Company

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. NO. 2:18-CV-00376-RSM) -Page 2

**SCHEER, HOLT, WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

70 nh149903

# II. ORDER

THIS MATTER coming before the Court upon the parties' stipulation and the Court being fully advise in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all dates and schedules previously set are stricken, the above-entitled matter is terminated in its entirety and dismissed with prejudice and without an award of attorney fees to any party.

DATED this 25th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**SCHEER, HOLT, WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

70  nh149903